UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLAY ALLAN ROBERTS, )<br>)<br>Defendant. ) | Case No. MJ11-14<br><br>**DETENTION ORDER** |

Offense charged:

    Conspiracy to Distribute Methamphetamine,
    Distribution of Methamphetamine, and
    Possession with Intent to Distribute Methamphetamine.

Date of Detention Hearing: January 7, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant stipulated to detention reserving the right to address the matter of release or

DETENTION ORDER - 1

1  detention in the District of Montana.

2  It is therefore ORDERED:

3  (1) Defendant shall be detained pending trial and committed to the custody of the
4  Attorney General for confinement in a correctional facility separate, to the extent practicable,
5  from persons awaiting or serving sentences, or being held in custody pending appeal;

6  (2) Defendant shall be afforded reasonable opportunity for private consultation with
7  counsel;

8  (3) On order of a court of the United States or on request of an attorney for the
9  Government, the person in charge of the correctional facility in which Defendant is confined
10 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
11 connection with a court proceeding; and

12 (4) The clerk shall direct copies of this order to counsel for the United States, to
13 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
14 Officer.

15 DATED this 7th day of January, 2011.

16

17

18                                                          BRIAN A. TSUCHIDA
                                                            United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2